# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:09-cr-15 |
| | | Also Case No. 3:16-cv-202 |
| Plaintiff, | | |
| | | |
| - vs - | | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael R. Merz |
| | | |
| RONELL S. RHODES, | | |
| | | |
| Defendant. | : | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 60), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that the Defendant's Motion to Vacate (ECF No. 59) is **DISMISSED** with prejudice. Defendant is **DENIED** any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, June 27, 2016.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE